LISA I. DAMJI, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  ldamji@bakerlaw.com

KENNETH J. SHEEHAN (Of Counsel)
(pro hac vice application to be filed)
MICHAEL E. ANDERSON (Of Counsel)
(pro hac vice application to be filed)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue,
N.W. Washington DC  20036-5304
Telephone:  202.861.1500
Facsimile:  202.861.1783
E-mail:  KSheehan@bakerlaw.com
E-mail:  MEAnderson@bakerlaw.com

Attorneys for Defendant and Counterclaimant/
Crossclaimant RAVE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRASPAN, LLC,<br><br>　　　　Plaintiff and<br>　　　　Counterdefendant,<br><br>　v.<br><br>RAVE, LLC,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | Civil Action No. 12-cv-06298-JSW<br><br>**NOTICE OF PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE IN LIEU OF LEAD COUNSEL; (PROPOSED) ORDER** |
| RAVE LLC,<br><br>　　　　Crossclaimant,<br><br>　v.<br><br>VICTOR KLEY and GENERAL NANOTECHNOLOGY, LLC,<br><br>　　　　Crossdefendants. | Date:  March 22, 2013<br>Time:  1:30 p.m.<br>Ctrm:  11<br>Judge:  Hon. Jeffrey S. White |

12-cv-06298-JSW

NOTICE OF PERMISSION TO APPEAR AT CASE
MANAGEMENT CONFERENCE IN LIEU OF LEAD COUNSEL;
(PROPOSED) ORDER

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 16-10, Lisa I. Damji, Esq. of Baker & Hostetler requests permission to appear at the March 22, 2013 case management conference on behalf of Defendant and Counterclaimant/Crossclaimant RAVE LLC in lieu of lead counsel Kenneth Sheehan and Michael Anderson ("Lead Counsel").

Lead counsel are unable to appear at the case management conference due to pre-existing commitments. Mr. Sheehan will be in trial in the matter of *01 Communique Laboratory, Inc. v. Logmein, Inc.*, Case No. 1:10-cv-01007-CMH-TRJ, which is pending in the United States District Court for the Eastern District of Virginia. Mr. Anderson also cannot appear, as he will be out of the country on March 22, 2013. Accordingly, Lisa Damji requests that Lead Counsel be excused from attending the case management conference and that Ms. Damji be permitted to appear on behalf of RAVE LLC in lieu of Lead Counsel.

Dated: March 8, 2013                            BAKER & HOSTETLER LLP


By: /s/ Lisa I. Damji
    Lisa I. Damji

Attorneys for Defendant and Counterclaimant/
Crossclaimant RAVE LLC


ORDER

IT IS SO ORDERED. Lead Counsel Kenneth Sheehan and Michael Anderson are excused from appearing at the March 22, 2013 case management conference. Lisa Damji may appear on behalf of Defendant and Counterclaimant/Crossclaimant RAVE LLC in lieu of Lead Counsel on the condition that Ms. Damji shall be prepared to discuss all items referred to in the Order setting the case management conference and has authority to enter stipulations, to make admissions and to agree to further scheduling dates.

Dated: March 12, 2013                           /s/ Jeffrey S. White
                                                HON. JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

12-cv-06298-JSW                  - 2 -            NOTICE OF PERMISSION TO APPEAR AT CASE
                                                 MANAGEMENT CONFERENCE IN LIEU OF LEAD
                                                 COUNSEL; (PROPOSED) ORDER