1  David A. Makman (California State Bar No. 178195)
   Robert C. Matz (California State Bar No. 217822)
2  Makman & Matz LLP
   655 Mariner's Island Blvd., Suite 306
3  San Mateo, CA 94404
   Telephone: (650) 242-1560
4  Facsimile: (650) 242-1547
   E-mail: david@makmanmatz.com
5  E-mail: robert@makmanmatz.com

6  Attorneys for Plaintiff Terraspan LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRASPAN LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RAVE LLC,<br><br>    Defendant. | CASE NO. C 12-06298 JSW<br><br>**TERRASPAN LLC'S NOTICE OF REQUEST FOR PERMISSION FOR ROBERT C. MATZ TO APPEAR AT THE UPCOMING CASE MANAGEMENT CONFERENCE ("CMC") IN LIEU OF LEAD TRIAL COUNSEL, ARTHUR NAVARRO; [PROPOSED] ORDER GRANTING ROBERT C. MATZ PERMISSION TO APPEAR AT THE UPCOMING CMC IN LIEU OF LEAD TRIAL COUNSEL, ARTHTUR NAVARRO**<br><br>Date: March 22, 2013<br><br>Time: 1:30 p.m.<br><br>Courtroom: 11<br><br>Judge: The Honorable Jeffrey S. White |

CASE NO. C 12-CV-06298 JSW

ROBERT C. MATZ'S NOTICE OF REQUEST FOR PERMISSION TO APPEAR AT THE UPCOMING CMC

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 16-10, Robert C. Matz, Esq., of Makman & Matz LLP, hereby requests permission to appear at the March 22, 2013, Case Management Conference on behalf of Plaintiff and Counterdefendant Terraspan LLC in lieu of lead trial counsel, Arthur Navarro. Mr. Navarro, who resides in Texas, is unable to appear at the March 22, 2013 Case Management Conference due to a previously-planned vacation with his wife and children. Mr. Matz will be prepared to discuss all items referred to the Order Setting Case Management Conference, and will also have the authority to enter stipulations, make admissions, and agree to further scheduling dates. Lead trial counsel for Defendant and Counterclaimant/Crossclaimant Rave LLC has been excused from personally appearing at the March 22, Case Management Conference. Accordingly, Robert C. Matz requests that Mr. Navarro be excused from attending the March 22, 2013 Case Management Conference, and that he be permitted to appear on behalf of Terraspan LLC in lieu of lead trial counsel.

Dated: March 15, 2013  By: /s Robert C. Matz
  Robert C. Matz, Makman & Matz LLP
  Attorneys for Plaintiff Terraspan LLC

**[PROPOSED] ORDER**

IT IS ORDERED that lead trial counsel for Plaintiff and Counterdefendant Terraspan LLC, Arthur Navarro, is excused from appearing at the March 22, 2013 Case Management Conference; Robert C. Matz may appear in his place on the condition that Mr. Matz be prepared to discuss all items referred to the Order Setting Case Management Conference, and that he also have the authority to enter stipulations, make admissions, and agree to further scheduling dates.

Dated: March 19, 2013

_/s/ Jeffrey S. White_
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CASE NO. C 12-CV-06298 JSW    1    ROBERT C. MATZ'S NOTICE OF REQUEST FOR PERMISSION TO APPEAR AT THE UPCOMING CMC