United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRASPAN, LLC,

    Plaintiff,

v.

RAVE, LLC,

    Defendant

_____/

RAVE, LLC,

    Cross-claimaint,

v.

VICTOR KLEY and GENERAL NANOTECHNOLOGY, LLC,

    Cross-defendants

_____/

No. C 12-06298 JSW

**ORDER REGARDING BIFURCATION AND CASE MANAGEMENT CONFERENCE**

    The Court HEREBY GRANTS the parties' request regarding bifurcation of the license/ownership issue. The Court FURTHER ORDERS that the case management conference scheduled for March 22, 2013 is CONTINUED to April 12, 2013 at 1:30 p.m. The parties shall submit a supplemental joint case management statement by no later than April 5, 2013. In their supplemental statement, the parties shall propose deadlines for discovery and a briefing schedule for a dispositive motion on the license/ownership issue whereby the parties file cross-motions in four briefs. The first party will file an opening brief, the second party will file its opposition and cross-motion in one brief, the first party will file its reply in support of its

motion and opposition to the cross-motion in one brief, and the second party will then file its reply.

**IT IS SO ORDERED.**

Dated: March 21, 2013


JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE