Arthur I. Navarro (Admitted Pro Hac Vice)
Texas State Bar No. 00792013
Navarro Law Office, PC
PO Box 166851
Irving, TX 75016
Telephone: (214) 769-3917
Facsimile: (972) 659-1275
E-mail: art@navarroiplaw.com

Attorneys for Plaintiff and Counterdefendant TERRASPAN LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRASPAN LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>RAVE LLC,<br><br>    Defendant and Counterclaimant. | CASE NO. 12-06298 JSW<br><br>**TERRRASPAN, LLC'S AND RAVE LLC's REQUEST FOR PERMISSION FOR LEAD TRIAL COUNSEL ARTHUR NAVARRO AND LISA DAMJI TO APPEAR TELEPHONICALLY AT THE UPCOMING CASE MANAGEMENT CONFERENCE, and PROPOSED ORDER GRANTING PERMISSION FOR LEAD TRIAL COUNSEL ARTHUR NAVARRO AND LISA DAMJI TO APPEAR TELEPHONICALLY AT THE UPCOMING CASE MANAGEMENT**<br><br>**CMC Date:** April 12, 2013<br>**Time:**    1:30pm<br>**Ctrm:**    11<br>**Judge:**    Hon. Jeffrey S. White |
| RAVE LLC,<br><br>    Crossclaimant,<br><br>v.<br><br>VICTOR KLEY ad GENERAL NANOTECHNOLOGY, LLC<br><br>    Crossdefendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

CASE NO.  C 12-CV-06298 JSW    REQUEST BY LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT UPCOMING CMC

Arthur I. Navarro, lead trial counsel for Plaintiff and Counterdefendant Terraspan, LLC ("Terraspan"), and Lisa Damji, lead trial counsel for Defendant and Counterclaimant Rave, LLC ("Rave"), herein request permission to appear by telephone at the upcoming Case Management Conference ("CMC") scheduled to be held April 12, 2013. The request is made for good cause and not for delay. The issues between Terraspan and Rave have been narrowed by the Court's Order Regarding Bifurcation and Case Management Conference dated March 21, 2013 (the "Order"). Rave and Terraspan have agreed on discovery deadlines and a briefing schedule as required by the Order. As such, Terraspan and Rave believe Mr. Navarro and Ms. Damji can address any remaining concerns, questions or issues most efficiently by telephone.

Dated: April 5, 2013

NAVARRO LAW OFFICE, PC

By: /s/ Arthur I. Navarro
    Arthur I. Navarro

Attorneys for Plaintiff and Counterdefendant Terraspan, LLC

## PROPOSED ORDER

IT IS ORDERED that lead trial counsel for Plaintiff and Counterdefendant Terraspan, LLC, Arthur I. Navarro, and lead trial counsel for Defendant and Counterclaimant Rave, LLC, Lisa I. Damji, may appear telephonically at the upcoming Case Management Conference scheduled to be held April 12, 2013, to discuss all items referred to in the Order Regarding Bifurcation and Case Management Conference dated March 21, 2013. The parties shall file a document by no later than 10:00 a.m. on April 12, 2013 in which they provide a telephone number where counsel can be reached by the Court.

Dated: __April 11__, 2013

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CASE NO. C 12-CV-06298 JSW    2    REQUEST BY LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT UPCOMING CMC