UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRASPAN LLC,

           Plaintiff,

    v.

RAVE LLC,

           Defendant

    v.

GENERAL NANOTECHNOLOGY,
LLC and VICTOR KLEY

           Crossclaim
           Defendants
_____ /

CASE NO. **12-cv-06298 (JSW)**

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    X    Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:
    ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    X    other requested deadline – 120 days from the date of the Order referring the case to an ADR process

Dated: 4-10-2013            /s Arthur Navarro
                                Attorney for Terraspan LLC

Dated: 4-10-2013            /s Lisa I. Damji
                                Attorney for Rave LLC

Dated: 4-10-2013            /s Joseph Wood
                                Attorney for General
                                Nanotechnology, LLC and Victor
                                Kley

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

 ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ ~~The parties' stipulation is modified as follows, and IT IS SO ORDERED~~.

Dated: April 12, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11