UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRASPAN LLC, | CASE NO. **12-cv-06298 (JSW)** |
| Plaintiff, | |
| v. | STIPULATION AND ~~[PROPOSED]~~ |
| | ORDER SELECTING ADR PROCESS |
| RAVE LLC, | |
| Defendant | |
| v. | |
| GENERAL NANOTECHNOLOGY, | |
| LLC and VICTOR KLEY | |
| Crossclaim | |
| Defendants | |
| _____/ | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
X Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X other requested deadline – 120 days from the date of the Order referring the case to an ADR process

Dated: 4-10-2013                                      /s Arthur Navarro
                                                                   Attorney for Terraspan LLC

Dated: 4-10-2013                                      /s Lisa I. Damji
                                                                   Attorney for Rave LLC

Dated: 4-10-2013                                      /s Joseph Wood
                                                                   Attorney for General
                                                                   Nanotechnology, LLC and Victor
                                                                   Kley

C:\Users\bkennedy\Desktop\12cv06298 Stipulation and Proposed Order Selecting ADR Process.doc

CONTINUE TO FOLLOWING PAGE

**[PROPOSED]** **ORDER**

 The parties' stipulation is adopted and IT IS SO ORDERED.
~~The parties' stipulation is modified as follows, and IT IS SO ORDERED~~.

Dated:   April 12, 2013     _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket
Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11