HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD [SBN 103596]
425 California Street, Nineteenth Floor
San Francisco, California 94104
Telephone:   (415) 421-6100
Facsimile:    (415) 421-1815

Attorneys for Third-Party Defendant and
Counterclaimant, General Nanotechnology, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRASPAN, LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>RAVE LLC,<br><br>    Defendant and Counterclaimant.<br>_____/<br>RAVE LLC,<br><br>    Third-Party Plaintiff<br>    and Counterdefendant,<br><br>vs.<br><br>GENERAL NANOTECHNOLOGY, LLC,<br>and VICTOR KLEY,<br><br>    Third-Party Defendants<br>    and Counterclaimants.<br>_____/ | Civil Action No. 12-cv-06298-JSW |

**[Proposed] ORDER EXTENDING TIME FOR GENERAL NANOTECHNOLOGY, LLC TO RESPOND TO RAVE LLC'S MOTION TO DISMISS**

    Date:    August 30, 2013
    Time:    9:00 a.m.
    Courtroom 11, 19th Floor
    Honorable Jeffrey S. White

Pursuant to the stipulation and request of defendant, counterclaimant, third-party claimant, and counterdefendant, RAVE LLC ("RAVE"), and third-party defendant and counterclaimant, General Nanotechnology, LLC ("GenNano"), and good cause appearing,

IT IS HEREBY ORDERED that the date for GenNano to file its response to RAVE's pending motion to dismiss counts 5 and 6 of GenNano's First Amended Counterclaim herein, which motion is set for hearing on August 30, 2013, shall be extended by twelve days, *i.e.*, until July 10, 2013.

~~* * END OF ORDER * *~~

Dated: June 28, 2013



Judge Jeffrey S. White

---

**[Proposed] ORDER EXTENDING TIME FOR GENERAL NANOTECHNOLOGY, LLC TO RESPOND TO RAVE LLC'S MOTION TO DISMISS**
*Terraspan, LLC v. RAVE LLC, and Related Claims*
**Civil Action No. 12-cv-06298-JSW**  2