**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRASPAN, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAVE, LLC,<br><br>　　　　Defendant<br>_____/<br><br>RAVE, LLC,<br><br>　　　　Cross-claimaint,<br><br>　v.<br><br>VICTOR KLEY and GENERAL NANOTECHNOLOGY, LLC,<br><br>　　　　Cross-defendants<br>_____/ | No. C 12-06298 JSW<br><br>**ORDER STRIKING OVERSIZED BRIEF** |

　　　On July 10, 2013, Third Party Defendant and Counterclaimant General Nanotechnology, LLC ("GN") filed an opposition to the pending motion to dismiss which exceeds this Court's page limits. *See* Standing Order ¶ 6. The page limit of fifteen pages includes any evidentiary or procedural objections. *See* Northern District Civil Local Rule 7-3(a). GN did not seek leave of court before filing an oversized brief. The Court HEREBY STRIKES the opposition for failure to comply with the Court's page limits. GN shall refile its opposition brief by no later than July

1  17, 2013, and it shall not exceed 15 pages, including any evidentiary objections.  Rave LLC
2  shall file its reply brief, if any, by no later than July 24.
3  **IT IS SO ORDERED.**

5  Dated: July 11, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2