IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRASPAN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RAVE, LLC,<br><br>    Defendant<br>_____/<br><br>RAVE, LLC,<br><br>    Cross-claimaint,<br><br>v.<br><br>VICTOR KLEY and GENERAL NANOTECHNOLOGY, LLC,<br><br>    Cross-defendants<br>_____/ | No. C 12-06298 JSW<br><br>**ORDER REGARDING MOTION TO DISMISS** |

    On November 7, 2013, Plaintiff Terraspan, LLC ("Terraspan") informed the Court and the parties that it intends to file a motion to dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). However, Terraspan has not yet filed the motion for dismissal. The Court

///

///

///

///

HEREBY DIRECTS Terraspan to file its motion for dismissal by no later than November 20, 2013.

**IT IS SO ORDERED.**

Dated: November 15, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE