IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRASPAN, LLC, | |
|     Plaintiff, | No. C 12-06298 JSW |
| v. | |
| RAVE, LLC, | **ORDER REGARDING MOTION TO DISMISS** |
|     Defendant / | |
| RAVE, LLC, | |
|     Cross-claimaint, | |
| v. | |
| VICTOR KLEY and GENERAL NANOTECHNOLOGY, LLC, | |
|     Cross-defendants / | |

On November 7, 2013, Plaintiff Terraspan, LLC ("Terraspan") informed the Court and the parties that it intends to file a motion to dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). However, Terraspan has not yet filed the motion for dismissal. The Court

///

///

///

///

HEREBY DIRECTS Terraspan to file its motion for dismissal by no later than November 20, 2013.

**IT IS SO ORDERED.**

Dated: November 15, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2