UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRASPAN, LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>RAVE, LLC,<br><br>    Defendant and Counterclaimant. | Civil Action No. 12-cv-06298-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE DECEMBER 6, 2013 HEARING ON DEFENDANT AND COUNTERCLAIMANT RAVE, LLC'S MOTION TO DISMISS COUNTS 5 AND 6 OF CROSSDEFENDANT AND COUNTERCLAIMANT GENERAL NANOTECHNOLOGY, LLC'S FIRST AMENDED COUNTERCLAIM** |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Date:    December 6, 2013<br>Time:   9:00 A.M.<br>Crtrm:  11, 19th Floor<br>Judge:  Hon. Jeffrey S. White |

12-cv-06298-JSW      [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DECEMBER 6, 2013 HEARING ON RAVE'S MOTION TO DISMISS GN'S COUNTERCLAIM

Pursuant to the Stipulation and request of Defendant and Counterclaimant Rave LLC ("Rave"), Plaintiff and Counterdefendant Terraspan, LLC ("Terraspan) and Third-party Defendant and Counterclaimant, General Nanotechnology, LLC's ("GN"), and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Rave's Motion to Dismiss Counts 5 and 6 of GN's First Amended Counterclaim, ~~which motion is currently set for hearing on December 6, 2013,~~ is continued to March 7, 2014.

DATED: December 3, 2013

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE