**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRASPAN LLC, | |
|     Plaintiff and Counterdefendant, | No. C 12-06298 JSW |
| v. | **ORDER VACATING HEARING ON RAVE LLC'S MOTION FOR SUMMARY JUDGMENT AND DENYING AS MOOT MOTION TO APPEAR BY PHONE** |
| RAVE LLC, | |
|     Defendant and Counterclaimant, | **(Docket Nos. 96, 118)** |
| RAVE LLC, | |
|     Third-Party Plaintiff and Counterdefendant, | |
| v. | |
| GENERAL NANOTECHNOLOGY, LLC, | |
|     Third-Party Defendant and Counterclaimant, | |
| AND | |
| VICTOR KLEY, | |
|     Third-Party Defendant. | |

On November 8, 2013, the Court granted Rave LLC's motion to file a motion for summary judgment under seal, and it directed Rave LLC to notice the motion for an open

hearing date on the Court's calendar. On that same day, Rave LLC filed its motion for summary judgment under seal, and it noticed the motion for January 24, 2014.[1]

The Court finds the motion suitable for disposition without oral argument, and it VACATES the hearing set for January 24, 2014. Accordingly, the Court DENIES AS MOOT the motion to appear by phone. The Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: January 21, 2014

                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE

---

[1] Rave LLC should have, but did not, file a notice of the new hearing date in the public record.

2