UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRASPAN, LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>  v.<br><br>RAVE, LLC,<br><br>    Defendant and Counterclaimant. | Civil Action No. 12-cv-06298-JSW<br><br>**(PROPOSED) ORDER GRANTING RAVE LLC'S MOTION FOR ATTORNEYS' FEES** |
| RAVE LLC,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>GENERAL NANOTECHNOLOGY, LLC,<br><br>    Third-Party Defendant and Counterclaimant,<br><br>and<br><br>VICTOR KLEY,<br><br>    Third-Party Defendant. | Judge:  Honorable Jeffrey S. White<br>Ctrm:   5 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to the Joint Stipulation of Defendant and Counterclaimant Rave LLC ("Rave") and Plaintiff and Counterdefendant Terraspan, LLC ("Terraspan") Regarding Rave's Motion for Attorneys' Fees, and good cause appearing,

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. Rave's Motion for Attorney's Fees is GRANTED; and
2. Rave is awarded attorneys' fees in the sum of $88,902 against Terraspan.

In light of the stipulation resolving the motion, the magistrate judge referral is HEREBY WITHDRAWN.

DATED: June 11, 2014

*/s/ Jeffrey S. White*
HONORABLE JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

12-cv-06298-JSW

1

(PROPOSED) ORDER GRANTING RAVE'S MOTION FOR ATTORNEYS' FEES